UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-MJ-1730-KS

| | |
|---|---|
| IN THE MATTER OF THE CRIMINAL COMPLAINT FOR TRE-SHON JAMIR HARRIS | ORDER TO SEAL APPLICATION AND AFFIDAVIT FOR CRIMINAL COMPLAINT |

Upon motion of the United States, it is hereby ORDERED that this docket be sealed for one year from this date unless earlier requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

This the 31st day of May 2024.

_____
KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE